**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | |
|---|---|---|
| John H Hurlock, III | : | Chapter 13 |
| | : | Case No. 25-14441-AMC |
| Debtor | : | |

## O R D E R

AND NOW, upon consideration of the Debtor's Praecipe to Voluntarily Dismiss

Bankruptcy Case, and after notice and an opportunity to be heard, it is hereby

ORDERED and DECREED that the Debtor's chapter 13 case is DISMISSED.

Date: July 14, 2026

HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE